IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAY 31 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-MJ-253 |
| | ) | |
| JAMIE ALVARADO MACHUCI | ) | |
| a/k/a "Jamie Machuci Alvarado" | ) | |
| a/k/a "Jamie Machuchi Alvarado" | ) | |
| a/k/a "Jamie Alvarado" | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kevin Ho, being duly sworn, depose and state:

### INTRODUCTION

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) at Fairfax, Virginia. I have been employed with ICE for more than ten years. I was previously employed as a Customs and Border Protection Enforcement Officer for the U.S. Customs & Border Protection and its predecessor, the United States Immigration and Naturalization Service, since April 1996. During that time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint charging JAMIE ALVARADO MACHUCI (also known as "Jamie Machuci Alvarado," "Jamie Machuchi Alvarado," and "Jamie Alvarado," hereafter referred to as ALVARADO MACHUCI) with being found in the United States, after being denied admission, excluded, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a). This affidavit is also submitted in support of an arrest warrant.

4. The facts and information contained in this affidavit are based upon my training and experience, participation in immigration investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

**PROBABLE CAUSE**

5. On or about May 17, 2019, U.S. Immigration and Customs Enforcement in Lorton, Virginia, received information from the Prince William-Manassas Adult Detention Center located in Manassas, Virginia, which is in the Eastern District of Virginia, that ALVARADO MACHUCI, a native and citizen of El Salvador, was being detained at the Prince William-Manassas Adult Detention Center on multiple misdemeanor and felony charges. An immigration detainer was filed with Prince William-Manassas Adult Detention Center on May 17, 2019.

6. Section 287(g) of the Immigration and Nationality Act permits performance of immigration officer functions by state officers and employees (referred to herein as "ICE 287(g) Officers") provided that the local law enforcement officers receive appropriate training and function under the supervision of sworn ICE officers.

7. ALVARADO MACHUCI was fingerprinted on or about May 17, 2019. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also integrated with the criminal records maintained by the Federal Bureau of Investigation (FBI) and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to ALVARADO MACHUCI and his FBI number.

8. On or about May 17, 2019, ALVARADO MACHUCI was interviewed by an ICE 287(g) Jail Enforcement Officer pursuant to Title 8 USC Section 1357 for alienage and deportability. ALVARADO MACHUCI freely and voluntarily gave a sworn statement. During his sworn statement, ALVARADO MACHUCI stated:

a) that his true and correct name is Jamie Alvarado Machuci;

b) that he was born in 1996 in La Union, El Salvador;

c) that he is a citizen of El Salvador;

d) that he was previously deported from the United States; and

e) that he did not receive permission of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States after being removed.

9. On May 27, 2019, I conducted a review of documents from ALVARADO MACHUCI'S immigration file that is maintained by the United States Bureau of Citizenship and Immigration Services. The file, also known as an alien file, contained an executed Immigration Service form I-205, Warrant of Removal/Deportation, bearing the photograph, fingerprint, and signature of ALVARADO MACHUCI. ALVARADO MACHUCI was removed from the United States on December 22, 2017 from Alexandria, Louisiana.

10. On May 27, 2019, I asked the FBI Special Processing Center to compare the fingerprints that ICE obtained from ALVARADO MACHUCI on or about May 17, 2019, with an individual print taken form ALVARADO MACHUCI'S I-205 showing his removal from December 22, 2017 and a complete set of fingerprints taken from ALVARADO MACHUCI'S alien file that were associated with his prior immigration arrest. On May 27, 2019, the FBI successfully matched all submitted fingerprints to ALVARADO MACHUCI and his FBI number.

11. ALVARADO MACHUCI'S alien file indicates that ALVARADO MACHUCI does not have any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally and that he has neither sought nor obtained permission from the Attorney General or the Secretary of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

12. Based on the foregoing, I submit that there is probable cause to believe that on or about May 17, 2019, in Manassas, Virginia, within the Eastern District of Virginia, the defendant JAMIE ALVARADO MACHUCI, having been removed or deported from the United States on or about December 22, 2017, was found in the United States without having obtained the express

4

consent of the Attorney General or the Secretary of the Homeland Security, to reapply for admission to the United States.

Kevin Ho
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to and subscribed before me on the 31st day of May 2019, in Alexandria, Virginia.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

The Hon. Michael S. Nachmanoff
United States Magistrate Judge